# Exhibit 2

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| Claim 7.1 An apparatus comprising: a media management device hosting a media management mechanism to facilitate user-controlled features relating to media content in media communities, the media management device including a processing device coupled to memory, the processing device to: | As highlighted below, the SoundCloud's backend architecture acts as a media management platform enabling users to Organize, upload, and control playback of media items. SoundCloud's Upload and Library icons are functioning as a cloud storage to store media items. These modules, together with SoundCloud's backend storage, can be interpreted as a processing device coupled to memory.<br><br>**Product Related Information Below:**<br><br><br><br>https://soundcloud.com/you/library |

1

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
|  |  https://soundcloud.com/upload |

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| | <br>https://play.google.com/store/apps/details?id=com.soundcloud.android&hl=en_IN |

3

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| | Your Library page is is a clear way to curate and view your Likes and playlists. You can access your Library page at anytime from the top navigation header through our website or Android app, or the person icon in our iOS app.<br><br>On the Library page you will be able to access your Likes, playlists and the people you are following. You also have the option to shuffle your Likes, to mix up your listening experience!<br><br>Your Library does not include reposts, but they can still be found on your Profile page and Feed.<br><br>**SoundCloud Go**<br><br>With a SoundCloud Go subscription, you can make your entire Library of Likes and playlists available for offline listening on your iOS or Android device.<br><br>https://help.soundcloud.com/hc/en-us/articles/115003566308-Your-Library-page |
| Claim 7.2 facilitate displaying of an interactive user interface while playing a media item media-enabled computing device, wherein the media item comprises an audio item or a video item; | As highlighted below, the SoundCloud's player shows an interactive UI and remains interactive, while audio plays, allowing pause, like, repost, or playlist addition during playback.<br><br>**Product Related Information Below:** |

4

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| | On both Android and iOS, you can control and see what songs you've added to your queue. You can also reorder songs to your liking or remove songs from your queue.<br><br>**On Android**<br><br><br>https://help.soundcloud.com/hc/en-us/articles/115000331394-Next-up-Play-Queue |

5

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| | https://play.google.com/store/apps/details?id=com.soundcloud.android&hl=en_IN |
| Claim 7.3 and facilitate selecting of a playlist assistance function using the user interface at the media-enabled computing device, wherein the playlist assistance | As highlighted below, SoundCloud's search bar and discover function allow locating playlists or tracks based on title, artist, or genre.<br><br>**Product Related Information Below:** |

6

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| function to facilitate locating, identifying, and displaying of results based on search criteria associated with media items such that prior to the results being displayed, | **On Mobile**<br><br>● Tap the **Search icon** at the bottom of the app to open the search landing page.<br>● Discover **what's hot on SoundCloud** by exploring vibes curated by our music discovery team, featuring the latest trending tracks. You can find trending tracks that are recommended to you in your **Hot For You** recommended track on home, as well as see a list of **trending tracks** on home.<br>● Or, enter your search term in the bar at the top of the screen.<br><br>Search results are grouped and personalized for you. You can further explore each section by tapping **See all** or switching between the **tabs** at the top:<br><br>● **Top Results** – the most relevant matches for your search.<br>● **Recently Played** – artist, tracks, and playlists you've listened to recently.<br>● **Profiles** – artists, bands, and fans on SoundCloud.<br>● **Albums** – collections of tracks released as albums.<br>● **Playlists** – curated sets from creators or fans.<br>● **DJ Sets & Podcasts** – long-form content from DJs, podcasters, and more.<br><br>https://help.soundcloud.com/hc/en-us/articles/115003568168-Search-on-SoundCloud |

7

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
| --- | --- |
| | On both Android and iOS, you can control and see what songs you've added to your queue. You can also reorder songs to your liking or remove songs from your queue.<br><br>**On Android**<br><br><br><br>https://help.soundcloud.com/hc/en-us/articles/115000331394-Next-up-Play-Queue |
| Claim 7.4 the results are exactly matched with one or more search categories and other contents of the search criteria, wherein | As highlighted below, SoundCloud's search bar and discover function allow locating playlists or tracks based on title, artist, or genre. Search results and playlists in SoundCloud's Discover section directly match search queries without explicit recommendation wording.<br><br>**Product Related Information Below:** |

8

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| the results include one or more playlists that are classified as a final output without any recommendations or suggestions, wherein the one or more playlists include a one or more media items that coincide with the one or more search categories based on the search criteria, | **On Mobile**<br><br>● Tap the **Search icon** at the bottom of the app to open the search landing page.<br>● Discover **what's hot on SoundCloud** by exploring vibes curated by our music discovery team, featuring the latest trending tracks. You can find trending tracks that are recommended to you in your **Hot For You** recommended track on home, as well as see a list of **trending tracks** on home.<br>● Or, enter your search term in the bar at the top of the screen.<br><br>Search results are grouped and personalized for you. You can further explore each section by tapping **See all** or switching between the **tabs** at the top:<br><br>● **Top Results** – the most relevant matches for your search.<br>● **Recently Played** – artist, tracks, and playlists you've listened to recently.<br>● **Profiles** – artists, bands, and fans on SoundCloud.<br>● **Albums** – collections of tracks released as albums.<br>● **Playlists** – curated sets from creators or fans.<br>● **DJ Sets & Podcasts** – long-form content from DJs, podcasters, and more.<br><br>https://help.soundcloud.com/hc/en-us/articles/115003568168-Search-on-SoundCloud |

9

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| |  https://soundcloud.com/search/sets?q=alan%20walker |
| Claim 7.5 wherein depending on the search criteria, the processing device to refresh the results and other information including user identifications, shared user identifications, artist data, themes, a social media webpage associated with a user, | As highlighted below, SoundCloud dynamically updates feed and recommendations when a user interacts or searches.<br><br>**Product Related Information Below:** |

10

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| and the one or more playlists, | |

11

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| | The mobile Feed is split into two tabs: Discover and Following. Both tabs are designed to make it easier than ever to get a taste of music, before deciding if you want to listen to more. The preview you hear has either been hand picked by the artist, or by our AI tagging tool to select what is most exciting for you.<br><br>You can click into a track to listen to the full song, or swipe down to hear the next track. If you finish listening to the full clip, it will play again from the beginning.<br><br><br><br>**Discovery Tab:**<br><br>The Discovery tab helps you discover new music & artists, based on what you've liked and listened to and who you follow. Every recommendation is personalised for you and contains an explanation for why it was selected. |

12

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| Claim 7.6 wherein the selection of the playlist assistance function facilitates performance of one or more tasks, wherein the one or more tasks comprise interactively displaying, by the user interface, a plurality of playlists having multiple sets of playlists offering multiple media items, | As highlighted below, SoundCloud's playlist tab presents a plurality of playlists having multiple sets of playlists offering multiple media items, and track collections interactively under each genre or search keyword.<br><br>**Product Related Information Below:** |

13

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| |  https://soundcloud.com/search/sets?q=alan%20walker |

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
|  |  |

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| Claim 7.7 wherein the media-enabled computing device comprises one or more of a smartphone, a tablet computer, a wearable smart device, a laptop computer, and a desktop computer, wherein the media-enabled computing device includes a media player, | **Product Related Information Below:**  https://soundcloud.com/download |

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| | **How can I install the SoundCloud Desktop Player?**<br><br>1. Go to soundcloud.com on your Chrome, Brave or Edge browser<br>2. Login to your account<br>3. Look for the install icon in your 'address bar' to the right<br>4. Click install<br>5. Open the Desktop Player from your apps folder<br>6. Right-click the SoundCloud icon on your desktop and click to add to your dock or taskbar<br><br><br><br>*Chrome*<br><br>https://help.soundcloud.com/hc/en-us/articles/1260803560930-Desktop-Player |
| Claim 7.8 wherein the one or more search categories include at least one of one or more titles, one or more artists, one or more albums, and one or more genres relating to the media item, wherein the playlist assistance function is further to facilitate shuffling or sorting and playing of the one or | **Product Related Information Below:** |

17

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| more playlists, | **On Mobile**<br><br>● Tap the **Search icon** at the bottom of the app to open the search landing page.<br>● Discover **what's hot on SoundCloud** by exploring vibes curated by our music discovery team, featuring the latest trending tracks. You can find trending tracks that are recommended to you in your **Hot For You** recommended track on home, as well as see a list of **trending tracks** on home.<br>● Or, enter your search term in the bar at the top of the screen.<br><br>Search results are grouped and personalized for you. You can further explore each section by tapping **See all** or switching between the **tabs** at the top:<br><br>● **Top Results** – the most relevant matches for your search.<br>● **Recently Played** – artist, tracks, and playlists you've listened to recently.<br>● **Profiles** – artists, bands, and fans on SoundCloud.<br>● **Albums** – collections of tracks released as albums.<br>● **Playlists** – curated sets from creators or fans.<br>● **DJ Sets & Podcasts** – long-form content from DJs, podcasters, and more. |

18

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
|  | **On Web**<br><br>● Use the **search bar** at the top of the screen.<br>● Type in the name of a track, artist, album, playlist, or genre.<br><br>Search results are organized into categories so you can quickly find what you're looking for:<br><br>● **Everything** – a mix of the most relevant results.<br>● **SoundCloud Go+ tracks** – premium tracks available with a Go+ subscription.<br>● **Tracks** – individual audio uploads.<br>● **People** – artists, bands, or creators on SoundCloud.<br>● **Albums** – collections of tracks released as albums.<br>● **Playlists** – curated mixes from creators or fans.<br><br>You can refine your results further with filters such as:<br><br>● **Upload date** – last 24 hours, last week, last month.<br>● **Duration** – short, medium, or long tracks.<br>● **Tag** – filter by user-defined tags, genre, style, mood, or theme.<br><br>https://help.soundcloud.com/hc/en-us/articles/115003568168-Search-on-SoundCloud |

19

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] | |
|---|---|---|
| |  https://play.google.com/store/apps/details?id=com.soundcloud.android&hl=en | |

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| |  |

21

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| | On both Android and iOS, you can control and see what songs you've added to your queue. You can also reorder songs to your liking or remove songs from your queue.<br><br>On Android<br><br><br><br>https://help.soundcloud.com/hc/en-us/articles/115000331394-Next-up-Play-Queue |
| Claim 7.9 wherein selecting further includes dynamically identifying and selecting media content from the one or more playlists while the media content is being displayed in accordance with one or more queries, wherein the media content includes the media item, | As highlighted below, SoundCloud's Next up icon displays the automatically selected or added the media content by autoplay button into the current playlist.<br><br>**Product Related Information Below:** |

22

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| |  https://help.soundcloud.com/hc/en-us/articles/115000331394-Next-up-Play-Queue |
| Claim 7.10 wherein the results further include one or more gates to the one or more playlists, one or more links to one or more media communities or services, and a | As highlighted below, the soundcloud app also provides the current playing song is belongs to which playlist or the community links (for e.g. as mentioned below discoverysounds.com/gate/alan-walker-the-spectre). The app also provides a dynamic feed includes a set of data (user's followers, Likes, etc.).<br><br>**Product Related Information Below:** |

23

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| dynamic feed offering a set of data relating to a user or one or more other users having access to the user interface, |  https://soundcloud.com/anonymusic1/alan-walker-the-spectre?in=fznxver/sets/alan-walker-full-album |

24

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| | Here's how it works:<br><br>1. In the latest version of the SoundCloud app, find the track, playlist, album or artist profile you want to share<br><br>2. Tap the share icon on your screen<br><br>3. Tap the Snapchat, Instagram or Facebook icon (whichever social you're posting to). Depending on your device, it may show up as "Share to Snapchat," "Share to Instagram" or "Share to Facebook"<br><br>4. Include a personal touch by adding a caption and/or SoundCloud Giphy stickers. If you collaborated with other artists, be sure to @ them<br><br>https://legacy-community.soundcloud.com/share-your-work-share-on-social |

25

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| |  https://soundcloud.com/feed |
| Claim 7.11 wherein the results are populated based on most popular playlists from a dynamic music service catalogue in accordance with the search criteria obtained through an | As highlighted below, the soundcloud app allows auto-sharing to linked social accounts, embedding playlists directly on social profiles. The search results are populated based on user predefined search criteria (for e.g. the tags #Dance & EDM). Further, the app also allows user to display the social media web page or other users on social media platform associated with the media items.<br><br>**Product Related Information Below:** |

26

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| initial user search associated with the user, wherein the results further include automatically displaying the media item on the social media webpage associated with the user or sharing with and displaying at one or more social media webpages associated with the one or more other users, | <br><br>https://soundcloud.com/search?q=alan%20walker&query_urn=soundcloud%3Asearch-autocomplete%3Ac938143cb6b346e793a517c17b16b267 |

27

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| | https://legacy-community.soundcloud.com/share-your-work-share-on-social  https://soundcloud.com/anonymusic1/alan-walker-the-spectre?in=fznxver/sets/alan-walker-full-album |
| Claim 7.12 wherein the playlist assistance function is represented as an icon on the user | As highlighted below, the soundcloud app includes a 'search bar' icon at top (can be inferred as a Playlist assistance Function), that helps user to individually locate and identify and display a title, an artist, an album, or a genre based on the one or more search criteria. When users tap the Search icon, they can query by track title, artist name, album name, or genre, and SoundCloud displays |

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| interface, wherein the playlist assistance function is further to individually locate and identify and display a title, an artist, an album, or a genre based on the one or more search criteria without locating or identifying each of the one or more titles, the one or more artists, the one or more albums, and the one or more genres, and | results filtered by that specific criterion, without requiring all categories to be searched simultaneously.<br><br>**Product Related Information Below:**<br><br><br><br>https://soundcloud.com/search/sets?q=alan%20walker |

29

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| | **On Web**<br><br>● Use the **search bar** at the top of the screen.<br>● Type in the name of a track, artist, album, playlist, or genre.<br><br>Search results are organized into categories so you can quickly find what you're looking for:<br><br>● **Everything** – a mix of the most relevant results.<br>● **SoundCloud Go+ tracks** – premium tracks available with a Go+ subscription.<br>● **Tracks** – individual audio uploads.<br>● **People** – artists, bands, or creators on SoundCloud.<br>● **Albums** – collections of tracks released as albums.<br>● **Playlists** – curated mixes from creators or fans.<br><br>You can refine your results further with filters such as:<br><br>● **Upload date** – last 24 hours, last week, last month.<br>● **Duration** – short, medium, or long tracks.<br>● **Tag** – filter by user-defined tags, genre, style, mood, or theme.<br><br>https://help.soundcloud.com/hc/en-us/articles/115003568168-Search-on-SoundCloud |
| Claim 7.13 wherein one or more changes selected by the user triggers identifying and updating of one or more collaborative applications associated with the user, wherein the one or more collaborative applications including social or business networking websites, | As highlighted below, the soundcloud app provides RSS feed option which allows the user to integrate the Soundcloud app with other business networking websites (For e.g. apple's ITunes, User podcast websites, etc.). The RSS feed functionality dynamically updates the user's linked content across multiple collaborative and social platforms whenever changes are made to the user's profile, uploads, or theme settings. The RSS integration inherently identifies and refreshes the associated feeds on connected sites (such as podcast directories or social sharing platforms).<br><br>**Product Related Information Below:** |

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| wherein the one or more changes include changing a theme, wherein the results are further based on the one or more changes. | <br>https://help.soundcloud.com/hc/en-us/articles/115003451347-Adding-tracks-to-your-RSS-feed |

31

| U.S. Patent No. 10,491,646 B2 [Claim] | SoundCloud App [Relevant Text / Images] |
|---|---|
| |  |

32

33